# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUAN CARLOS-ZARAGOZA,<br><br>Defendant | Case No. 19-CR-3048-CAB<br><br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTIONS TO VACATE PLEA AND DISMISS WITHOUT PREJUDICE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the guilty plea is vacated and all charges shall be dismissed against Juan Carlos-Zaragoza without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: August 26, 2020

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT COURT JUDGE